No. ———. OPS SHOPPING CENTER, INC. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION; and

No. ———. ALABAMA *v.* NUTTER. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. ———. JERMYN *v.* PENNSYLVANIA; and

No. ———. MATURANA *v.* ARIZONA. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. D–1505. IN RE DISBARMENT OF BEITLER. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1506. IN RE DISBARMENT OF WESTLER. Disbarment entered. [For earlier order herein, see 513 U. S. 1143.]

No. D–1511. IN RE DISBARMENT OF ZELTZER. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1514. IN RE DISBARMENT OF MAZER. Disbarment entered. [For earlier order herein, see 513 U. S. 1188.]

No. D–1517. IN RE DISBARMENT OF PROVINE. Disbarment entered. [For earlier order herein, see 513 U. S. 1189.]

No. D–1519. IN RE DISBARMENT OF HIGH. John Emerson High, of West Chester, Pa., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 6, 1995 [*ante,* p. 1002], is hereby discharged.

No. D–1539. IN RE DISBARMENT OF QUAID. It is ordered that James F. Quaid, Jr., of Metairie, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.